FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEC 1 0 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )
                           )  Criminal No. 13-40119-JPG
    vs.                    )
                           )  Title 21, United States Code,
AMBER JENNINGS             )  Section 843(a)(3)
                           )
        Defendant.         )

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
(Obtaining a Controlled Substance by Fraud, Misrepresentation and Deception)

On or about January 31, 2013, in Williamson County, Illinois, within the Southern District of Illinois,

**AMBER JENNINGS**

defendant herein, at or around 10:08 a.m., knowingly and intentionally obtained a Schedule II narcotic controlled substance by fraud, misrepresentation and deception in that the defendant obtained, for her own control or use, hydromorphone (Dilauded); all in violation of Title 21, United States Code, Section 843(a)(3).

### COUNT 2
(Obtaining a Controlled Substance by Fraud, Misrepresentation and Deception)

On or about January 31, 2013, in Williamson County, Illinois, within the Southern District of Illinois,

**AMBER JENNINGS**

defendant herein, at or around 12:22 p.m., knowingly and intentionally obtained a Schedule II narcotic controlled substance by fraud, misrepresentation and deception in that the defendant took, for her own control or use, hydromorphone (Dilauded); all in violation of Title 21, United States Code, Section 843(a)(3).

A TRUE BILL

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
FOREPERSON

_____
RANLEY R. KILLIAN
Assistant United States Attorney

_____
STEPHEN R. WIGGINTON
United States Attorney

Bond Recommendation:   $15,000 unsecured